ERIC GRANT
United States Attorney
KIMBERLY A. SOKOLICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
**Nov 19, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ADAM CEASE,<br>Defendant. | CASE NO. 2:26-cr-0224 DJC<br><br>18 U.S.C. § 2422(b) – Attempted Coercion and Enticement; 18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography; 18 U.S.C. §§ 2428(b) and 2253(a) – Criminal Forfeiture |

# INDICTMENT

COUNT ONE: [18 U.S.C. § 2422(b) – Attempted Coercion and Enticement]

The Grand Jury charges: T H A T

ADAM CEASE,

defendant herein, beginning on or about September 18, 2026, and continuing through on or about October 31, 2026, in the State and Eastern District of California, using a facility and means of interstate and foreign commerce, knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely Sexual Abuse of a Child, a criminal offense under Utah Criminal Code 76-5-404.1, all in violation of Title 18, United States Code, Section 2422(b).

COUNT TWO: [18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography]

The Grand Jury further charges: T H A T

ADAM CEASE,

defendant herein, beginning on or about October 15, 2026, and continuing through on or about October 31, 2026, in the State and Eastern District of California, knowingly distributed one or more visual depictions, using any means or facility of interstate or foreign commerce, and which had been shipped or transported in or affecting interstate or foreign commerce, by any means including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, all in violation of Title 18, Untied States Code, Section 2252(a)(2).

FORFEITURE ALLEGATION: [18 U.S.C. §§ 2428(b) and 2253(a) – Criminal Forfeiture]

1. Upon conviction of the offense alleged in Count One of this Indictment, defendant ADAM CEASE shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428(b), any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violation, and any property, real or personal, constituting or derived from proceeds traceable to said violation, including but not limited to:

a. Apple iPhone 17 Pro Max, Serial Number: C4GPHW152Y, IMEI: C4GPHW152Y.

2. Upon conviction of the offense alleged in Count Two of this Indictment, defendant ADAM CEASE shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violation; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violation, or any property traceable to such property, including but not limited to the following:

a. Apple iPhone 17 Pro Max, Serial Number: C4GPHW152Y, IMEI: C4GPHW152Y.

3. If any property subject to forfeiture as a result of the offenses alleged in Counts One and Two of this Indictment, for which defendant is convicted:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United State Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

Eric Grant

ERIC GRANT
United States Attorney

No. __________ 2:26-cr-0224 DJC

**UNITED STATES DISTRICT COURT**

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

ADAM CEASE

INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 2422(b) – Attempted Coercion and Enticement;
18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography;
18 U.S.C. § 2253(a) – Criminal Forfeiture

*A true bill,* /s/ Signature on file w/AUSA

______________________________________
*Foreman.*

*Filed in open court this* __________19th_ *day*

*of* _November________, *A.D. 20* 26___

________________/s/ R. Scott__________________
*Clerk.*

*Bail, $* No bail bench warrant to issue.

________________________

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

**United States**
**v.**
**ADAM CEASE**

**Penalties for Indictment**

**COUNT 1:**

VIOLATION: 18 U.S.C. § 2422(b) – Sexual Exploitation of Children

PENALTIES: Mandatory minimum 10 years and maximum lifetime in prison;
Not more than $250,000 fine, or both fine and imprisonment;
Supervised Release of at least 5 years and up to life;
Restitution

SPECIAL ASSESSMENT: $100 (felony); $5,000 if the defendant is non-indigent (JVTA/ 18 U.S.C. § 3014)

**COUNT 2:**

VIOLATION: 18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography

PENALTIES: Mandatory minimum 5 years and a maximum 20 years in prison;
Not more than $250,000 fine, or both fine and imprisonment;
Supervised Release of at least 5 years and up to life;
Restitution

SPECIAL ASSESSMENT: $100 (felony); $5,000 if the defendant is non-indigent (JVTA/ 18 U.S.C. § 3014); up to $35,000 (18 U.S.C. § 2559A(a)(1))

**FORFEITURE ALLEGATION:**

VIOLATION: 18 U.S.C. §§ 2428(b) and 2253(a) – Criminal Forfeiture

PENALTIES: As stated in the charging document