**FILED**
November 25, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADAM CEASE,

Defendant.

Case No. 2:26-cr-00224-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ADAM CEASE, Case No. 2:26-cr-00224-DJC, Charge 18 U.S.C. § 2422(b), from custody for the following reasons:

____ Release on Personal Recognizance

X Bail Posted in the Sum of $ 50,000.00.

X Unsecured Appearance Bond $ 50,000.00

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

X (Other): The Defendant shall be released on 11/30/2026 at 8:30 a.m. and report immediately to the Pretrial Services Agency for further processing.

X Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 25, 2026 at 2:30 p.m.

By: [signature]

Magistrate Judge Jeremy D. Peterson